| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Calabresi, Guido | 2. Court or Organization  U.S. Court of Appeals, 2nd Cir | 3. Date of Report  07/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Court of Appeals Judge, Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  U.S. Court of Appeals, 2nd Cir 157 Church Street New Haven, CT 06510-2030 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sterling Professor Emeritus, Professorial Lecturer | Yale Law School, 11/01/1995 - present |
| 2. | Honorary Trustee - Unpaid | Carolyn Foundation, MN, 01/01/1996 - present |
| 3. | Member, Scientific Committee- Unpaid | Centro Nazionale Prevenzione e Difesa Sociale, 1988 - present |
| 4. | Member - Unpaid | International University College, Turin Board, 2007 - present |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Present | Right to be Professorial Lecturer, Yale University, upon retirement (See Attachments A and B) |
| 2. | Present | Right to use accumulated (approximately $500) research and travel fund, Yale University, even after retirement |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Yale University - part-time teaching | $203,653.96 |
| 2. 2016 | Yale University Press - royalties for previously written books | $515.75 |
| 3. 2016 | W.W. Norton & Co. - royalties for previously written book | $120.21 |
| 4. 2016 | Author's Registry - copyright payments for previously written books, etc. | $187.65 |
| 5. 2016 | Harvard University Press - royalties for previously written book | $152.01 |
| 6. 2016 | Fordham Stein Prize (Fordham University) | $5,000.00 |
| 7. 2016 | Duke Univeristy - Part-time teaching | $4,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Constitutional Center | 02/01/16 | Philadelphia, PA | Lecture | Travel |
| 2. | New York University Law School | 02/08/16 | New York, NY | Lecture | Travel |
| 3. | Centro Primo Levi | 02/28/16 | Genoa, Italy | Received Award | Travel, Food and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/28/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | International University College, University of Turin | 03/07/16-03/08/16 | Turin, Italy | Lectures | Travel, Food and Lodging |
| 5. | Academia dei Lincei | 03/09/16 | Rome, Italy | Lecture | Travel, Food and Lodging |
| 6. | University of Copenhagen | 05/02/16-05/03/16 | Copenhagen, Denmark | Lecture | Travel, Food and Lodging |
| 7. | Pegaso University | 05/10/16 | Rome, Italy | Lecture | Travel, Food |
| 8. | Yale University Law School | 09/22/16 | Woodbridge, CT | Academic Meeting | Food |
| 9. | Duke University Law School | 10/06/16-10/07/16 | Durham, NC | Lecture | Travel, Food and Lodging |
| 10. | Yale University Law School | 10/16/16 | Woodbridge, CT | Academic Meeting | Food |
| 11. | Scuola Sant Anna, Univ. of Pisa, Archdiocese of Pisa | 11/02/16 | Pisa, Italy | Lecture | Food, Travel |
| 12. | Centro Nazionale Prevenzione e Difesa | 11/03/16-11/04/16 | Milan, Italy | Lecture | Travel, Food and Lodging |
| 13. | Israel Academy of Science and Humanities | 12/15/16-12/21/16 | Jerusalem, Israel | Lecture | Travel, Food and Lodging |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass Mutual (whole life) Insurance | B | Dividend | L | T | | | | | |
| 2. New York Life (whole life) Insurance | A | Dividend | L | T | | | | | |
| 3. AIG Sun America (whole life) Insurance | | None | L | T | | | | | |
| 4. Graduate Club Association Bond | A | Interest | J | T | | | | | |
| 5. Bank of America checking account | A | Interest | L | T | | | | | |
| 6. Bank of America IMMA account | A | Interest | J | T | | | | | |
| 7. Banca CR. Firenze | A | Interest | J | T | | | | | |
| 8. Merrill Lynch Bank & Trust USA - cash | A | Interest | L | T | | | | | |
| 9. I Shares T S&P 500 (mutual fund) @ Merrill Lynch | B | Dividend | M | T | Donated (part) | | | | |
| 10. American Growth Fund Mutual Fund @ Merrill Lynch | E | Distribution | M | T | | | | | |
| 11. Trust #1, income beneficiary(H) | | | | | | | | | |
| 12. --First Am. Tax Free Oblig Fund (cash equiv.) | A | Interest | L | T | | | | | |
| 13. --Nuveen Symphony Mid Cap Core I Fund (mutual fund) | A | Dividend | N | T | | | | | |
| 14. --Cambiar International Equity Fund (mutual fund) | B | Dividend | M | T | | | | | |
| 15. --General Mills (common) | G | Dividend | P2 | T | | | | | |
| 16. --American Funds: Investment Co. of America (mutual fund) | D | Dividend | N | T | | | | | |
| 17. Trust #2, income beneficiary(H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --First Am. Tax Free Oblig. Fund (cash equiv.) | B | Interest | N | T | | | | | |
| 19. --American Funds: Investment Co. of America (mutual fund) | E | Dividend | P1 | T | | | | | |
| 20. --Minnesota Mining & Mfg. (common) | F | Dividend | P1 | T | | | | | |
| 21. --Nuveen Symphony Mid Cap Core I (mutual fund) | A | Dividend | N | T | | | | | |
| 22. --Nuveen Small-Cap Select Fund (mutual fund) | A | Dividend | M | T | | | | | |
| 23. --Cambiar International Equity Fund (mutual fund) | C | Dividend | M | T | | | | | |
| 24. Trust #3, income beneficiary(H) | | | | | | | | | |
| 25. --Darden Restaurants (common) | E | Dividend | P1 | T | | | | | |
| 26. --Four Corners Property Trust | D | Dividend | M | T | | | | | |
| 27. --Exxon (common) | C | Dividend | M | T | | | | | |
| 28. --General Mills (common) | F | Dividend | P1 | T | | | | | |
| 29. --IBM (common) | C | Dividend | L | T | | | | | |
| 30. --JP Morgan (common) | C | Dividend | M | T | | | | | |
| 31. --AT&T Inc. (common) | C | Dividend | L | T | | | | | |
| 32. --US Bancorp (common) | C | Dividend | M | T | | | | | |
| 33. --American Funds: Invesment Co. of America (mutual fund) | F | Dividend | P2 | T | | | | | |
| 34. --IShares Core S&P 500ETF | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Merrill Lynch Bank & Trust USA - cash | A | Interest | P1 | T | | | | | |
| 36. --Am. Growth Fund ( mutual fund) | E | Dividend | P2 | T | | | | | |
| 37. --Am. Euro Pacific Growth Fund (mutual fund) | D | Dividend | O | T | | | | | |
| 38. Trust #4, income beneficiary(H) | | | | | | | | | |
| 39. --Merrill Lynch Bank USA - CMA Money Fund (cash equiv.) | A | Interest | M | T | | | | | |
| 40. --I Shares T S&P 500 (mutual fund) | E | Dividend | P1 | T | | | | | |
| 41. --Bank of America (common) | C | Dividend | M | T | | | | | |
| 42. Trust #5, income beneficiary(H) | | | | | | | | | |
| 43. --Bank of America (common) | C | Dividend | L | T | | | | | |
| 44. --Morgan Stanley Emerging Market Fd. (mutual fund) | A | Dividend | P1 | T | | | | | |
| 45. --Bank of America checking account - Cash | A | Interest | K | T | | | | | |
| 46. Guido Calabresi Retirement, TIAA-CREF - Fixed Annuity(H) | | | | | | | | | |
| 47. --TIAA Traditional (Annuity) | | None | O | T | | | | | |
| 48. --TC Life Cycle 2010- Inst | | None | J | T | | | | | |
| 49. Trust #6, income beneficiary(H) | | | | | | | | | |
| 50. --Yale Equity Fund (mutual fund) (fka Grantham, Mayo, Van Otterloo) | E | Dividend | O | T | | | | | |
| 51. --Yale Fixed Inc Fund (mutual fund) (fka Grantham, Mayo, Van Otterloo) | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds: Investment Co. of America (mutual fund) | A | Dividend | J | T | | | | | |
| 53. Citigroup Inc. (common) @ Merrill Lynch | B | Dividend | | | Donated | | | | |
| 54. SPDR SER TR S&P 500 Growth ETF (8/31/16) (fka ROTH IRA#1) | E | Int./Div. | P1 | T | | | | | |
| 55. SPDR SER TR SPDR S&P 1000 ETF (8/31/16) (fka ROTH IRA#2) | E | Int./Div. | P1 | T | | | | | |
| 56. SPDR SER TR S&P 600 Small Cap ETF (8/31/16) (fka ROTH IRA#3) | E | Int./Div. | P1 | T | | | | | |
| 57. Bank of America Corp - @ Merrill Lynch | | None | N | T | Buy | 12/27/16 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1. POSITIONS

Line 4- Assets of the Carolyn Foundation are not listed because my position as Trustee is "Honarary" only. I have no functional responsibilities with regard to the foundation.

Part VII INVESTMENTS AND TRUSTS

Trusts #3, #4, and #5 in Part VII (Assets #24, #38, and #42) and the retirement accounts described in Part VII (Assets #54, #55, and #56) did not distribute any income to me or to an immediate family member. Income was earned and not distributed. Asset #46 distributed income in an unknown amount during 2016 as part of a retirement distribution taken.

Trust #6 (Asset #49) in Part VII is a Charitable Remainder Unitrust established in 1995 by a family member and me. The family member and I are 5.5% income beneficiaries during our lives or 20 years, whichever is longer. The trustee is instructed to invest the money in widely diversified mutual or money market funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Calabresi, Guido | 07/28/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Guido Calabresi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544